**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RCI HOSPITALITY HOLDINGS, INC., et al. : <br>     v. : <br> : <br> ASPEN SPECIALITY INSURANCE : <br> COMPANY, et al. : | CIVIL ACTION NO. 23-2075 |

| | |
|---|---|
| ASPEN SPECIALITY INSURANCE : <br> COMPANY : <br> : <br>     v. : <br> : <br> RCI HOSPITALITY HOLDINGS, INC., : <br> et al. : | CIVIL ACTION NO. 23-2354 |

## ORDER

This 26th day of September, 2023, it is hereby **ORDERED** that Defendant Broadspire's Motion to Dismiss, ECF 10, is **GRANTED**.

                                                /s/ Gerald Austin McHugh
                                                United States District Judge